PROB 34
1/92

Report and Order Terminating Probation/Supervised Release

# United States District Court

For The

**CENTRAL DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA

    v.        Crim. No.   02-30086-001

CHARLES W. BROWN

It appearing that the above named has complied with the conditions of Probation imposed by the Order of the Court heretofore made and entered in this case and that the period of Probation expired on March 4, 2006. I therefore recommend that the defendant be discharged from Probation and that the proceedings in the case be terminated.

    Respectfully submitted,

    s/Mark A. Estock

    Mark A. Estock
    U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Dated this 6th day of March, 2006.

    s/ Jeanne E. Scott

    JEANNE E. SCOTT
    UNITED STATES DISTRICT JUDGE